

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Overruled by WW-664

Honorable J. Piner Powell
County Attorney
Brown County
Brownwood, Texas

Dear Sir:      Opinion No. O-1665
             Re:  Is a county judge entitled
                to charge the commission of
                one-half of 1% where the
                only moneys in an estate
                are the proceeds of Govern-
                ment War Risk Insurance?

      We have received your letter dated November 7,
1939, wherein you request the opinion of this department
upon the above stated question.

      Article 3926 of the Revised Civil Statutes of
Texas, 1925, reads, in part, as follows:

      "The county judge shall also re-
ceive the following fees:

      "1. A commission of one-half of
one per cent upon the actual cash re-
ceipts of each executor, administra-
tor, or guardian, upon the approval
of the exhibits and the final settle-
ment of the account of such executor,
administrator, or guardian, but no
more than one such commission shall
be charged on any amount received by
any said executor, administrator or
guardian."

      There is no limitation in the War Risk Insurance
Act placed upon the fee or commission of the county judge
in the administration of the proceeds of a Government War
Risk Insurance Policy, and it is clear that the one-half
of one per cent collected by the county judge from admin-
istrators in compliance with the above Article comes with-

............... IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

in the term "fees and commissions".

According to the last preceding Federal census Brown County has a population of 26,382, and, therefore, the county judge of Brown County is on a salary basis. Inasmuch as the county judge of your county is on a salary basis, he would not be entitled to retain any fees collected by him, but must deposit them in accordance with Section 5 of Article 3912e, which reads, in part, as follows:

> "It shall be the duty of all officers to charge and collect in the manner authorized by law all fees and commissions which are permitted by law to be assessed and collected for all official service performed by them. As and when such fees are collected, they shall be deposited in the Officers' Salary Fund, or fund provided in this Act."

Therefore, you are respectfully advised that it is the opinion of this department that the county judge of Brown County is entitled to charge the commission of one-half of one per cent where the only moneys in an estate are the proceeds of Government War Risk Insurance.

Trusting that the foregoing satisfactorily answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By
(Signed)    D. Burle Daviss
Assistant

DBD:FG

APPROVED Nov. 21, 1939
(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED -- Opinion Committee
By B.W.B. - Chairman